| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Royal, Charles A. | 2. Court or Organization U.S. Middle District - Georgia | 3. Date of Report 5/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address U. S. Courthouse 475 Mulberry Street Macon, GA 31202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Executor | Estate #2 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | West Services, Inc. (Book royalties) | $1,833.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life (Whole Life policy) | A | Dividend | L | T | | | | | |
| 2. Federated Prime Money Market/Obligation Fund | A | Interest | L | T | | | | | |
| 3. MetaMorphix, Inc. | | None | J | T | | | | | |
| 4. Polywad, Inc. | | None | J | T | | | | | |
| 5. SunTrust Account #3 | | None | J | T | | | | | |
| 6. SunTrust Account #4 | | None | K | T | | | | | |
| 7. Estate #1 | | None | J | T | | | | | |
| 8. IShares, Inc. - MSCI Brazil | A | Dividend | | | Sold | 07/20/16 | J | | |
| 9. IShares Inc MSCI Singapore | | None | | | Sold | 03/10/16 | J | | |
| 10. IShares Inc MSCI Sweden | B | Dividend | | | Sold | 07/20/16 | K | | |
| 11. TICC Capital Corp | A | Dividend | J | T | Sold (part) | 10/11/16 | J | | |
| 12. Legacy RESVS | | None | K | T | | | | | |
| 13. AT & T Inc | C | Dividend | L | T | | | | | |
| 14. Centurylink Inc | B | Dividend | | | Sold | 08/16/16 | K | | |
| 15. Verizon Communications | B | Dividend | L | T | | | | | |
| 16. Northwestern Corp | B | Dividend | L | T | | | | | |
| 17. Pioneer Natural Resources | A | Dividend | | | Sold | 07/20/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Southern Company | B | Dividend | K | T | | | | | |
| 19. Brookfield Infrastructure Partners | C | Dividend | K | T | | | | | |
| 20. Apollo Invt. Corp. | A | Dividend | J | T | | | | | |
| 21. Conagra Brands, Inc. | A | Dividend | K | T | | | | | |
| 22. Total SA Spons Adr | A | Dividend | | | Sold | 02/09/16 | K | | |
| 23. Estate #2 | | None | J | T | | | | | |
| 24. Consolidated Edison, Inc. | C | Dividend | L | T | | | | | |
| 25. Baron Small Cap Fund | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 26. Credit Suisse Comm Ret Strat | A | Dividend | J | T | Buy (add'l) | 05/24/16 | J | | |
| 27. Adv Edgewood Gwth Fd Instl CL | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 28. Delaware Small Cap Value | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 29. Hartford Growth Opportunities | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 30. Principal Midcap Fund CL P | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 31. Franklin Mutual Shares CL Z | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 32. Investment Co of America | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 33. Morgan Stanley Institutional Glob Real Est (MSIF) | A | Dividend | J | T | Buy (add'l) | 12/27/16 | J | | |
| 34. T. Rowe Price Equity Inc. CLI | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox International Stock | A | Dividend | K | T | Buy (add'l) | 12/27/16 | J | | |
| 36. AFS International Growth & Income F2 | A | Dividend | K | T | Buy (add'l) | 12/27/16 | J | | |
| 37. MFS International Equity | A | Dividend | J | T | Buy (add'l) | 12/27/16 | J | | |
| 38. New World Fund CL F2 | A | Dividend | J | T | Buy (add'l) | 12/27/16 | J | | |
| 39. Bridge Builder Core Bond Fund | A | Dividend | K | T | Sold (part) | 12/27/16 | J | A | |
| 40. Bridge Builder Large Growth | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 41. Bridge Builder Large Value | A | Dividend | K | T | Sold (part) | 12/27/16 | J | A | |
| 42. Capital World Bond | A | Dividend | | | Sold | 05/24/16 | J | | |
| 43. Bridge Builder Int'l. Equity | A | Dividend | J | T | Buy (add'l) | 12/27/16 | J | | |
| 44. Metropolitan West Ttl Ret Bd | A | Dividend | | | Sold | 05/24/16 | K | | |
| 45. PIMCO Total Return IV | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 46. Prudential High Yield Fund CLQ | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 47. Templeton Global Bond | A | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 48. JP Morgan Fed Money Mkt/JP Morgan US Gov't MWF Capital | A | Dividend | J | T | Buy (add'l) | 12/12/16 | J | | |
| 49. Eastern MI Univ Build Amer Bds | A | Interest | K | T | | | | | |
| 50. Charleston Cnty SC Hosp Roper | A | Interest | K | T | | | | | |
| 51. VA St Hsg Dev Auth ComWith Mtg | A | Interest | | | Sold | 07/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SC Jobs Economic Dev Auth Hosp | A | Interest | K | T | | | | | |
| 53. In Mun Pwr Agy Pwr Supply Sys | A | Interest | J | T | | | | | |
| 54. American Balanced Fund CLA | B | Dividend | L | T | | | | | |
| 55. Amern High Incm Muni Bd Fd A | B | Dividend | L | T | | | | | |
| 56. Capital Income Builder Fund CLA | C | Dividend | L | T | | | | | |
| 57. Capital World Grw & Inc Fund A | C | Dividend | M | T | | | | | |
| 58. Eaton Vance SC Mun Incm Fd C | A | Dividend | J | T | | | | | |
| 59. Europacific Growth Fund CLA | A | Dividend | J | T | | | | | |
| 60. Franklin Adj US Govt Secs Fd A | A | Dividend | J | T | | | | | |
| 61. Franklin Equity Income Fund A | B | Dividend | K | T | | | | | |
| 62. Franklin Founding Fd Alloc A | C | Dividend | K | T | | | | | |
| 63. Franklin Growth Series Class A | A | Dividend | J | T | | | | | |
| 64. Franklin Income Fund CLA | A | Dividend | J | T | | | | | |
| 65. Franklin Mut Glbl Dscv Fd CLA | A | Dividend | J | T | | | | | |
| 66. Franklin Mutual Shares Fund A | A | Dividend | J | T | Sold (part) | 12/27/16 | J | | |
| 67. Franklin Small Cap Value Fd A | A | Dividend | J | T | | | | | |
| 68. Franklin Total Return Fund A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin US Government Secs A | A | Dividend | J | T | | | | | |
| 70. Growth Fund of America CLA | B | Dividend | K | T | | | | | |
| 71. Hartford Balanced Fund CLA | A | Dividend | K | T | | | | | |
| 72. Hartford Cap Appreciation CLA | B | Dividend | K | T | | | | | |
| 73. Hartford Core Equity CLA | A | Dividend | J | T | | | | | |
| 74. Hartford Dividend & Growth A | C | Dividend | K | T | | | | | |
| 75. Hartford Glbl Cap Apprec Fd A | A | Dividend | J | T | | | | | |
| 76. Hartford Healthcare Fund CLA | B | Dividend | K | T | | | | | |
| 77. Hartford Midcap Fund CLA | B | Dividend | K | T | | | | | |
| 78. Hartford Value Opptys Fd CLA | A | Dividend | K | T | | | | | |
| 79. Income Fund of America Fund A | B | Dividend | L | T | | | | | |
| 80. Invesco Global Growth Fd CLA | A | Dividend | J | T | | | | | |
| 81. Invesco Technology Fund CLA | A | Dividend | J | T | | | | | |
| 82. Investment Co of America Fd A | C | Dividend | K | T | | | | | |
| 83. New Perspective Fund CLA | C | Dividend | L | T | | | | | |
| 84. New World Fund CLA | A | Dividend | K | T | | | | | |
| 85. Templeton Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Washington Mutual Invest Fd | B | Dividend | L | T | | | | | |
| 87. Seadrill Limited | A | Dividend | J | T | | | | | |
| 88. Nvidia Corp. | A | Dividend | M | T | Buy (add'l) | 02/22/16 | K | | |
| 89. Lamb Weston Holding, Inc. | | None | J | T | Buy | 11/10/16 | J | | |
| 90. Lamb Weston Holding, Inc. | | None | J | T | Sold (part) | 11/23/16 | J | A | |
| 91. Anadarko Petroleum Corp. | A | Dividend | L | T | Buy | 02/23/16 | K | | |
| 92. Conoco Phillips | A | Dividend | L | T | Buy | 07/21/16 | K | | |
| 93. Valero Energy Corp | A | Dividend | L | T | Buy | 07/01/16 | L | | |
| 94. International Paper Co. | A | Dividend | | | Buy | 03/10/16 | K | | |
| 95. International Paper Co. | | None | | | Sold | 07/20/16 | K | | |
| 96. Abbvie Inc | A | Dividend | K | T | Buy | 03/10/16 | K | | |
| 97. Crown Castle Int'l Corp | B | Dividend | K | T | Buy | 03/10/16 | K | | |
| 98. NXP Semiconductors | | None | L | T | Buy | 07/21/16 | L | | |
| 99. Antero Resources Corp | | None | J | T | Buy | 03/10/16 | J | | |
| 100. Regeneron Pharmaceuticals Inc | | None | M | T | Buy | 07/19/16 | M | | |
| 101. Regeneron Pharmaceuticals Inc | | None | M | T | Buy (add'l) | 07/28/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Estate #1 - I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.

Estate #2 - I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.

VII. INVESTMENTS and TRUSTS

Scout International Fund was sold 7/21/2015 which was erroneously left out of the 2015 report.

34. Should have been shown as a partial sell for 2015. Also, a partial sell for 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Royal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544